LEMMON ET AL. *v.* ROBERTSON ET AL.

No. 47. Decided October 14, 1963.

*Jay W. Scovel* for appellants.

Appellees *pro se.*

PER CURIAM.

The motion of appellees, Lewis Woodard and May Woodard, for leave to proceed *in forma pauperis* is granted. The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.

AVERITT ET AL. *v.* MISSISSIPPI.

No. 162. Decided October 14, 1963.

*Forrest B. Jackson* for appellants.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.